UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RICHARD W. LONG, on behalf of himself and all others similarly situated, | : Case No: 1:19-cv-00041-TSB |
| Plaintiff, | : Judge Timothy S. Black |
| v. | : |
| PRESTIGE AUDIO VISUAL, INC., | : |
| Defendant. | : |

### STIPULATION AND ORDER FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

Plaintiff Richard W. Long, on behalf of himself and the current Opt-in Plaintiffs, and Defendant Prestige Audio Visual, Inc., in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of this action. The costs and attorneys' fees will be paid as provided in the settlement agreement. Furthermore, having reviewed the parties' settlement agreement, this Court finds that the agreement, including the requested service payment, attorneys' fees and costs, to be fair and reasonable, and approves same. This action is hereby dismissed with prejudice, and this Court shall retain jurisdiction to enforce the parties' settlement agreement.

**IT IS SO ORDERED**.

_____
Timothy S. Black
U.S. District Court Judge